**Order entered September 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00870-CR
No. 05-16-00877-CR

**ARCHIE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-15-162, 2-16-0307**

## ORDER

Appellant's September 21, 2016 pro se motion seeking appointment of new counsel is before the Court.

Because cause no. 05-16-00870-CR has been abated, the Court will take no action on appellant's motion in that cause.

In cause no. 05-16-00877-CR, appellant's motion is **DENIED**.

/s/     LANA MYERS
JUSTICE